# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                    NO.  4:05CR00279-001 SWW

TYELE CHARLES MCKIBBIN


### ORDER

Pending before the Court is defendant's motion for a detention hearing in this matter stating that he has completed his term in the Missouri Department of Correction and has been turned over to federal authorities pursuant to a detainer placed against him.  The Court has contacted the office of the United States Marshal in Little Rock, Arkansas, and was advised that defendant now is in federal custody in the Eastern District of Missouri, is scheduled to be transported back to Arkansas on an airlift scheduled for August 29, 2006, and should arrive in Little Rock the following week.  Once defendant arrives in Little Rock, the United States Marshal advises that the normal procedures will be followed in contacting the duty magistrate judge for a detention hearing time and date.

IT IS THEREFORE ORDERED that defendant's motion for a detention hearing is granted, and will be held in due course.

DATED: This 24th day of August, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE