# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

V.                                   NO. 4:05CR000279-001 SWW

TYELE CHARLES McKIBBIN

<u>ORDER</u>

On October 12, 2006, the above defendant appeared before this Court for a hearing on his motion for a detention hearing filed in this cause. At such hearing, after testimony presented, the Court determined that defendant would not be released until such time as a telephone line has been established at the home of defendant's mother, Carol McKibbin. Once the home has a land line in place, defendant will be released from custody of the United States Marshal and will be on home detention with electronic monitoring for 24 hours a day, seven days a week.

IT IS THEREFORE ORDERED that defendant shall notify the United States Probation Office when a telephone line has been established at the residence of his mother. Upon such notification, the United States Marshal will be notified to release defendant, at which time, defendant shall travel to the home of his mother and remain there in home detention with electronic monitoring for 24 hours a day, 7 days a week. Defendant shall not leave the residence of his mother without the permission of the Probation Officer. The cost of the electronic monitoring will be paid by the Probation Office.

IT IS FURTHER ORDERED that defendant shall abide by all other conditions of release reviewed at his detention hearing and imposed in the Order Setting Conditions of Release which will be filed immediately upon his release from custody.

DATED this 16th day of October, 2006.

<u>/s/Susan Webber Wright</u>

UNITED STATES DISTRICT JUDGE