```
         IN THE UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF ARKANSAS
                    WESTERN DIVISION
```

UNITED STATES OF AMERICA

vs.                                    NO. 4:05CR00279-001 SWW

TYELE CHARLES McKIBBIN


## ORDER

Pending before the Court is defendant's motion to modify the conditions of his release to allow him to transfer his release to the residence of his sister in New Mexico. The Court has considered the motion and finds that it should be granted in part.

IT IS THEREFORE ORDERED that defendant's motion to modify the conditions of his release is granted in part as follows:

1. Defendant is to reside with his sister, Jennifer Sargent, at 93 Abajo Drive, Edgewood, New Mexico 87015.

2. Defendant will be subject to home detention with electronic monitoring on a 24-hour basis until the supervising Court approves a suitable plan for employment. This Court recommends that he not be employed by a family member.

IT IS SO ORDERED this 9th day of November, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE