```
          IN THE UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF ARKANSAS
                     WESTERN DIVISION
```

UNITED STATES OF AMERICA

vs.                              NO.  4:05CR00279-001  SWW

TYELE CHARLES MCKIBBIN

### ORDER

The above entitled cause came on for hearing on the government's motion to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas.  Upon agreement of the parties and for good cause shown, the Court has determined that defendant's conditions of supervised release should be modified and the petition to revoke dismissed at the request of the government.

IT IS THEREFORE ORDERED that defendant's term of supervised release shall be modified to include the following special conditions:

**1.  Defendant shall participate in mental health counseling under the guidance and supervision of the U.S. Probation Office.**

**2.  Defendant is not a legal resident of this district.  Therefore, the period of supervised release is to be administered  by the district where defendant is a legal resident and/or the district where a suitable release plan has been developed.**

All other conditions of defendant's supervised release previously imposed shall continue and remain in full force and effect until the expiration of his term of supervised release.

IT IS FURTHER ORDERED that the government's petition to revoke defendant's supervised release [doc #48] is **dismissed** without prejudice.

IT IS SO ORDERED this 10th day of December 2009.

/s/Susan Webber Wright
United States District Judge